

**SO ORDERED.**
**SIGNED this 28th day of June, 2024**


**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**


_____


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**


In re:   CARLOS MAURICE ALSTON                      No. 20-12612 NWW
SS#:    xxx-xx-7889

                        Debtor                      Chapter 13

### ORDER

The above-named debtor now having completed all payments required under their confirmed chapter 13 plan,

It is ORDERED that

AMAZON.COM *
ATTN  PAYROLL DEPARTMENT
P O BOX 80726
SEATTLE, WA 98108-1226

employer of CARLOS MAURICE ALSTON (xxx-xx-7889), no longer withhold any money from the debtor's income to be paid to the trustee.

It is FURTHER ORDERED that the employer or other entity refund to the debtor any money on hand as a result of such withholdings. A copy of this order shall be sent to the employer or other entity by regular mail by the Clerk.

                                ###

APPROVED FOR ENTRY BY:

s/ Kara L. West

Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN   37401
 (423) 265-2261